

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00025-CV

EES LEASING, LLC, AND EXLP LEASING, LLC, Appellants

V.

SHELBY COUNTY APPRAISAL DISTRICT, Appellee

On Appeal from the 273rd District Court
Shelby County, Texas
Trial Court No. 14CV32851

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellants have filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     September 15, 2020
Date Decided:       September 16, 2020

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.